THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| STEPHANIE SHINN, | ) |
| Plaintiff, | ) Case No. 2:24-cv-01087-BJR |
| v. | ) **ORDER OF DISMISSAL** |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

BASED UPON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 4th day of September 2024.

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1
NO. 2:24-CV-01087-BJR

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 4th day of September, 2024, the document attached hereto was delivered to the below counsel in the manner indicated:

*Counsel for Plaintiff*

Debra Peck, WSBA No. 59358
Steven Shaw, WSBA No. 33007
Shaw Legal Solutions
4738 11th Avenue NE
Seattle, WA  98105
debby@shawlegalsolutions.com
steven@shawlegalsolutions.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 4th day of September, 2024, in Fife, WA.

By *s/Yuliya Lawrence*
Yuliya Lawrence, Paralegal

ORDER OF DISMISSAL - 2
NO. 2:24-CV-01087-BJR